

**MANDATE**

# Fifteenth Court of Appeals

NO. 15-24-00018-CV

| | |
|---|---|
| Texas Department of Public Safety, Appellant<br><br>v.<br><br>Reynaldo Ignacio Flores, Appellee | Appealed from the County Court at Law of Austin County. (Trial Court No. 23CV-6583). Opinion delivered by Justice Farris. Chief Justice Brister and Justice Field also participating. |

**TO THE COUNTY COURT AT LAW OF AUSTIN COUNTY, GREETINGS:**

Before our Court of Appeals on November 7, 2024, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Reynaldo Ignacio Flores, signed November 28, 2023, was heard on the appellate record. We have inspected the record and find reversible error in the judgment dismissing with prejudice.

We therefore ORDER the judgment of the court below **REVERSED** and **RENDER** judgment dismissing without prejudice.

We further ORDER this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.



**CHRISTOPHER A. PRINE, CLERK**